IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TAMMY BROWN,

        Plaintiff,              :

                    :

        vs.                   :         Case No.   3:16cv431

                    :

LIFE INSURANCE COMPANY OF         JUDGE WALTER H. RICE
NORTH AMERICA,             :

        Defendant.

---

## SCHEDULING ORDER

---

The captioned cause came on to be heard upon preliminary pretrial conference on

January 17, 2017. Based upon the Rule 26(f) Report of the parties, the captioned matters were

discussed and agreed upon:

    1.     The recommended cut-off date for filing of motions directed to the pleadings:

February 10, 2017.

    2.     Recommended cut-off date for filing any motion to amend the pleadings or to add

additional parties: February 17, 2017.

    3.     Defendant to provide Plaintiff a Bates-numbered copy of the insurance company's

claims file and policy document, constituting the administrative record: January 31, 2017.

    4.     Deadline for addressing the sufficiency of the record and/or the need for

discovery: March 31, 2017.

    5.     Discovery cut-off date: April 23, 2017.

    6.     Administrative transcript to be filed with the Court (**under seal**): May 8, 2017.

7.        Cross motions for summary judgment to be filed: June 7, 2017.

8.        Memoranda contra cross motions for judgment: June 28, 2017.

9.        Reply memoranda: June 19, 2017.

April 5, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Attorneys of Record